NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SUNZ INSURANCE COMPANY,
A Florida Corporation,

      Appellant,

v.

DIRECT HR SERVICES, INC., a
Florida Corporation, SUZANNE
BURROW, individually, and SGB
TRUST, a Florida Trust,

      Appellee.
_____

Case No. 2D17-4981

Opinion filed November 2, 2018.

Appeal from the Circuit Court for Manatee
County; Gilbert A. Smith, Jr., Judge.

Mary Fabre LeVine of Blalock Walters,
P.A., Bradenton, for Appellant.

James D. Gibson of Gibson, Kohl, Wolff &
HRIC, P.L., Sarasota, for Appellee.


PER CURIAM.


      Affirmed.


MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.